IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MARK ANTHONY MANFRED, JR.**, | : |
| | : |
| **Plaintiff,** | : |
| | : Case No. 5:16-cv-00092 (CAR) |
| v. | : Proceeding Under 42 U.S.C. § 1983 |
| | : |
| **OFFICER GILLIAM,** *et. al.*, | : |
| | : |
| **Defendants.** | : |

## ORDER ON RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 22] to deny the Motion to Dismiss filed by Defendant Officer Gilliam [Doc. 18]. No objections have been timely filed to the Recommendation. Having considered the Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's excessive force claims are to move forward accordingly.

**SO ORDERED,** this 10th day of August, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

CML